UNITED STATES DISTRICT COURT

Northern District of California

EIT HOLDINGS, LLC,

          Plaintiff,

   v.

PRICELINE.COM, INC.,

          Defendant.
_____/

No. CV11-02468 MEJ

**CASE MANAGEMENT ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the Court hereby VACATES the September 1, 2011 Case Management Conference and ORDERS as follows:

A.   <u>ADR Program</u>:

The parties are referred to court-sponsored mediation.

B.   <u>Jury Trial</u>:

The Court shall conduct a jury trial in this matter.

C.   <u>Pretrial Motions</u>:

All pretrial motions shall be filed in accordance with Civil Local Rule 7. A motion may be noticed pursuant to Civil Local Rule 7-2 without calling the Court. Civil law and motion is heard on Thursday mornings at 10:00 a.m.

D.   <u>Discovery</u>:

The parties shall abide by Magistrate Judge James' Standing Order Regarding Discovery and Dispute Procedures.

E.  Deadline to Amend Pleadings

The deadline to file any amended pleadings is March 5, 2012.

The Court shall issue a separate patent disclosure and claim construction hearing scheduling order. All remaining pretrial and trial deadlines shall be scheduled after the claim construction hearing.

All questions regarding these instructions should be directed to Brenda Tolbert, Courtroom Deputy Clerk to Judge James, at (415) 522-4708.

**IT IS SO ORDERED.**

Dated: August 29, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge