DURIE TANGRI LLP
DARALYN J DURIE (SBN 169825)
ddurie@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant and Counterclaim Plaintiff
PRICELINE.COM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EIT HOLDINGS, LLC, a Delaware company<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>PRICELINE.COM, INC., a Delaware corporation<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 3:11-cv-02468-MEJ<br><br>**JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>Date:   April 26, 2012<br>Time:  10:00 a.m.<br>Ctrm:  B, 15th Floor<br>Judge: Honorable Maria-Elena James |

Pursuant to Civil L.R. 6-2 and 7-12 and Fed. R. Civ. P. 6(b), Plaintiff and Counterclaim Defendant EIT Holdings, LLC ("EIT") and Defendant and Counterclaim Plaintiff Priceline.com, Inc. ("Priceline.com") hereby request that the Court enter an order to extend the deadline to exchange disclosures of asserted claims and invalidity contentions from October 31, 2011 to November 4, 2011. This stipulated request is supported by the Declaration of Ryan M. Kent in Support of Joint Stipulated Request Pursuant to Local Rule 6-2 for Extending Time ("Kent Decl."). In support of the parties' stipulated request, the parties state as follows:

1. Pursuant to the Court's August 29, 2011 Claim Construction Scheduling Order, the parties are to exchange disclosures of asserted claims and invalidity contentions on October 31, 2011.

2. The parties request that the disclosures of asserted claims and invalidity contentions be extended to November 4, 2011.

3. There have been no previous time modifications in this case, either by stipulation or court order. Kent Decl. ¶ 2.

For the foregoing reasons, the parties respectfully request that disclosures of asserted claims and invalidity contentions be extended to November 4, 2011.

IT IS SO STIPULATED.

Dated:  October 28, 2011                                          DURIE TANGRI LLP

                                                                  By: _____/s/ Ryan M. Kent_____
                                                                              RYAN M. KENT

                                                                  Attorneys for Defendant and Counterclaim
                                                                  Plaintiff PRICELINE.COM, INC.

Dated:  October 28, 2011                                          GOLDSTEIN & LIPSKI, PLLC

                                                                  By: _____/s/ Jody M. Goldstein_____
                                                                              JODY M. GOLDSTEIN

                                                                  Attorneys for Plaintiff and Counterclaim
                                                                  Defendant EIT HOLDINGS, LLC

///

///

I, Ryan M. Kent, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant and Counterclaim Plaintiff Priceline.com, Inc. has concurred in this filing.

                 */s/ Ryan M. Kent*
                 Ryan M. Kent

SO ORDERED.

Dated: October 31, 2011

                 _____
                 MARIA-ELENA JAMES
                 United States Chief Magistrate Judge