| | |
|---|---|
| Mark W. Good (State Bar No. 218809)<br>Benedict O'Mahoney (State Bar No. 152447)<br>TERRA LAW LLP<br>177 Park Avenue, Third Floor<br>San Jose, California 95113<br>Telephone: (408) 299-1200<br>Facsimile: (408) 998-4895<br>Email: mgood@terra-law.com<br>Email: bomahoney@terra-law.com<br><br>Edward W. Goldstein (TX Bar No. 08099500)<br>Goldstein Law, PLLC<br>710 N. Post Oak Rd., Suite 350<br>Houston, Texas 77024<br>Telephone: (713) 877-1515<br>Email: egoldstein@gliplaw.com<br><br>Attorneys for Plaintiff<br>EIT Holdings LLC | Daralyn Durie (SBN 169825)<br>Ryan M. Kent (SBN 220441)<br>Eugene Novikov (SBN 257849)<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA. 94111<br>Tel: (415) 362-6666<br>Fax: (415) 236-6300<br>Email: ddurie@durietangri.com<br>Email: rkent@durietangri.com<br>Email: enovikov@durietangri.com<br><br>Attorneys for Defendant<br>Priceline.com, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EIT HOLDINGS LLC, a Delaware company,<br><br>                Plaintiff,<br><br>vs.<br><br>PRICELINE.COM, INC., a Delaware Corporation,<br><br>                Defendant. | Case No. 3:11-CV-02468 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS BETWEEN EIT HOLDINGS LLC AND PRICELINE.COM, INC. WITH PREJUDICE**<br><br>~~**DEMAND FOR JURY TRIAL**~~ |

1  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff, EIT
2  Holdings LLC ("EIT") and Defendant, Priceline.com, Inc. ("Priceline.com") have agreed to
3  dismiss all claims against each other in the above-captioned action. The parties, therefore, move
4  this Court to dismiss the above-entitled cause and all claims by EIT against Priceline.com and all
5  claims by Priceline.com against EIT made therein WITH PREJUDICE.
6  The parties further move the Court to order that all costs and expenses relating to this
7  litigation (including attorney and expert fees and expenses) shall be borne solely by the party
8  incurring same.
9  So Stipulated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February  8th , 2013  _____
 Honorable Maria-Elena James
 Chief United States Magistrate Judge

| GOLDSTEIN LAW, PLLC | DURIE TANGRI, LLP |
|---|---|
| By: /s/ Edward W. Goldstein | By: /s/ Ryan Kent |
|     Edward W. Goldstein (Pro Hac Vice) |     Ryan Kent |
| Attorneys for Plaintiff | Attorneys for Defendant |
| EIT HOLDINGS LLC | PRICELINE.COM INC. |

1 | **ATTESTATION**

2 | I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of

3 | this document has been obtained from the signatories.

4 | Dated: February 8, 2013                                  */s/ Edward W. Goldstein*
                                                                                Edward W. Goldstein

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 8, 2013, or, if not yet registered with the Court's CM/ECF system, via electronic mail pursuant to Fed.R.Civ.P. 5(b)(2)(E).  Any other counsel of record will be served by first class U.S. Mail.

Dated:  February 8, 2013         */s/ Edward W. Goldstein*
                                              Edward W. Goldstein