| | |
|---|---|
| Mark W. Good (State Bar No. 218809) | Daralyn Durie (SBN 169825) |
| Benedict O'Mahoney (State Bar No. 152447) | Ryan M. Kent (SBN 220441) |
| TERRA LAW LLP | Eugene Novikov (SBN 257849) |
| 177 Park Avenue, Third Floor | Durie Tangri LLP |
| San Jose, California 95113 | 217 Leidesdorff Street |
| Telephone: (408) 299-1200 | San Francisco, CA. 94111 |
| Facsimile: (408) 998-4895 | Tel: (415) 362-6666 |
| Email: mgood@terra-law.com | Fax: (415) 236-6300 |
| Email: bomahoney@terra-law.com | Email: ddurie@durietangri.com |
| | Email: rkent@durietangri.com |
| Edward W. Goldstein (TX Bar No. 08099500) | Email: enovikov@durietangri.com |
| Goldstein Law, PLLC | |
| 710 N. Post Oak Rd., Suite 350 | Attorneys for Defendant |
| Houston, Texas 77024 | Priceline.com, Inc. |
| Telephone: (713) 877-1515 | |
| Email: egoldstein@gliplaw.com | |

Attorneys for Plaintiff
EIT Holdings LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EIT HOLDINGS LLC, a Delaware company, | Case No. 3:11-CV-02468 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS BETWEEN EIT HOLDINGS LLC AND PRICELINE.COM, INC. WITH PREJUDICE** |
| vs. | |
| PRICELINE.COM, INC., a Delaware Corporation, | |
| Defendant. | ~~DEMAND FOR JURY TRIAL~~ |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff, EIT Holdings LLC ("EIT") and Defendant, Priceline.com, Inc. ("Priceline.com") have agreed to dismiss all claims against each other in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by EIT against Priceline.com and all claims by Priceline.com against EIT made therein WITH PREJUDICE.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

So Stipulated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 8th, 2013

_____
Honorable Maria-Elena James
Chief United States Magistrate Judge

| GOLDSTEIN LAW, PLLC | DURIE TANGRI, LLP |
|---|---|
| By: /s/ Edward W. Goldstein | By: /s/ Ryan Kent |
| Edward W. Goldstein (Pro Hac Vice) | Ryan Kent |
| Attorneys for Plaintiff | Attorneys for Defendant |
| EIT HOLDINGS LLC | PRICELINE.COM INC. |

Case No. 11-CV-02468 MEJ
STIPULATION AND [PROPOSED] ORDER TO DISMISS PRICELINE.COM WITH PREJUDICE.

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated:  February 8, 2013                             */s/ Edward W. Goldstein*
                                                                              Edward W. Goldstein

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 8, 2013, or, if not yet registered with the Court's CM/ECF system, via electronic mail pursuant to Fed.R.Civ.P. 5(b)(2)(E).  Any other counsel of record will be served by first class U.S. Mail.

Dated:  February 8, 2013                                              */s/ Edward W. Goldstein*
                                                                                    Edward W. Goldstein